No. D–1134.  IN RE DISBARMENT OF KIMURA.  It is ordered that Robert Yutaka Kimura, of Honolulu, Haw., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1135.  IN RE DISBARMENT OF PIKEN.  It is ordered that Arthur J. Piken, of Kew Gardens, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1136.  IN RE DISBARMENT OF PARKER.  It is ordered that Valentine Fraser Parker, of Huntington, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1137.  IN RE DISBARMENT OF CAHN.  It is ordered that William Cahn, of Tido Beach, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 90–985.  BRAY ET AL. v. ALEXANDRIA WOMEN'S HEALTH CLINIC ET AL.  C. A. 4th Cir.  [Certiorari granted, 498 U. S. 1119.]  Case restored to calendar for reargument.

No. 91–453.  LUCAS v. SOUTH CAROLINA COASTAL COUNCIL. Sup. Ct. S. C.  [Certiorari granted, 502 U. S. 966.]  Motion of National Growth Management Leadership Project et al. to withdraw Chesapeake Bay Foundation from the list of members joining its amicus curiae brief granted.

No. 91–871.  BATH IRON WORKS CORP. ET AL. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL.  C. A. 1st Cir.  [Certiorari granted, 503 U. S. 935.]  Motion of the Solicitor General for divided argument granted.

No. 91–1075.  BAILES v. UNITED STATES, 503 U. S. 1001.  Motion of petitioner for costs and fees denied.